**Opinion issued December 15, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00074-CV

———————————

## MATTHEW D. WIGGINS, JR., Appellant

## V.

## ARNOLD SHIELDS, Appellee

On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Case No. 12-CV-0196

## MEMORANDUM OPINION

On September 23, 2014, this Court stayed this appeal because appellee petitioned for bankruptcy. *See* TEX. R. APP. P. 8.2. No party has sought reinstatement of the appeal and the Court has learned that the bankruptcy case was closed on May 8, 2015. On November 3, 2016, this court issued an order notifying the parties that

the appeal would be reinstated and dismissed for want of prosecution unless any party filed a response demonstrating cause to retain the appeal. The parties did not respond. Accordingly, we reinstate and dismiss the appeal for want of prosecution.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.